| Case | Docket | Date | Lower Court |
|---|---|---|---|
| Com. v. Quintana | 3681 EDA 2015 Affirmed | 10/19/2016 | CP–39–CR–0003664–2009 (Lehigh) |
| Com. v. Young | 3783 EDA 2015 Affirmed, Reversed and Vacated | 10/19/2016 | CP–51–CR–0323691–1975 (Philadelphia) |
| Com. v. Fields | 22 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 10/19/2016 | CP–51–CR–1102011–2003 CP–51–CR–1102231–2003 (Philadelphia) |
| Com. v. Davis | 238 EDA 2016 Affirmed | 10/19/2016 | CP–51–CR–0002634–2013 (Philadelphia) |
| In Matter of C.M.–G. | 569 EDA 2016 Affirmed | 10/19/2016 | AP# CP–51–AP–0000596–2015 DP# CP–51–DP–0000124–2011 FID# 51–FN–466048–2009 (Philadelphia) |
| In Matter of R.O.G. | 570 EDA 2016 Affirmed | 10/19/2016 | AP# CP–51–AP–0000597–2015 DP# CP–51–DP–0000126–2011 FID# 51–FN–466048–2009 (Philadelphia) |
| Com. v. Marrero | 611 EDA 2016 Affirmed | 10/19/2016 | CP–39–CR–0002992–2015 (Lehigh) |
| Com. v. Mcintosh | 676 EDA 2016 Affirmed | 10/19/2016 | CP–51–CR–0210661–2001 (Philadelphia) |
| Com. v. Dejesus–Torres | 1353 EDA 2016 Affirmed | 10/19/2016 | CP–23–CR–0000090–2010 CP–23–CR–0006455–2008 CP–23–CR–0006561–2008 (Delaware) |
| Com. v. Spadafora | 1412 MDA 2015 Affirmed | 10/19/2016 | CP–06–CR–0005779–2008 (Berks) |
| Franczak v. Franczak | 1892 MDA 2015 Affirmed | 10/19/2016 | 2012–00717 (Cumberland) |
| Franczak v. Franczak | 2203 MDA 2015 Affirmed | 10/19/2016 | 2012–717 (Cumberland) |
| Com. v. Robinson | 42 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 10/19/2016 | CP–40–CR–0001915–2015 (Luzerne) |